**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

WASIQ AQEEL                                              Chapter 13

          Debtor                              Case No. 11-17510-BFK

**OBJECTION TO CLAIM
NOTICE OF OBJECTION TO CLAIM
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:    HSBC Bank Nevada, NA        Wasiq Aqeel
        c/o Bass & Associates, PC       15224 Wentwood Lane
        3936 E Ft. Lowell Road, #200  Woodbridge, VA 22191
        Tucson, AZ 85712

                                      John D. Sawyer, Esq.
        Jill Sturgeon, Esquire          Attorney for Debtor
        c/o Bass & Associates, PC       10605 B-2 Judicial Dr.
        3936 E Ft. Lowell Road, #200  Fairfax, VA 22030
        Tucson, AZ 85712

        CT Corporation System
        Registered Agent for Creditor
        4701 Cox Road, Ste. 301
        Glen Allen, VA 23060-6802

You have filed a secured claim in the amount of $2,204.75 with a Court claim number of 8 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as the Plan confirmed in this case on December 12, 2011 treats the claim as an unsecured claim.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

Objection to Claim, page 2
11-17510-BFK, Wasiq Aqeel

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on April 25, 2012 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: March 19, 2012                            ___/s/ Thomas P. Gorman _____
                                                Thomas P. Gorman
                                                Chapter 13 Trustee
                                                300 N. Washington St.; Ste. 400
                                                Alexandria, VA 22314
                                                (703) 836-2226
                                                VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of March, 2012, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

                                                /s/ Thomas P. Gorman _____
                                                Thomas P. Gorman