UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

WASIQ AQEEL
    Debtor

Chapter 13

Case No. 11-17510-BFK

**ORDER DISALLOWING CLAIM**

    The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

    ORDERED, that Claim No. 8 filed by HSBC Bank Nevada, NA in the amount of $2,204.75 be disallowed in this proceeding.

_____
Brian F. Kenney
United States Bankruptcy Judge

I Ask For This:

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
300 N. Washington St.; Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order Disallowing Claim, page 2
Case #11-17510-BFK, Wasiq Aqeel

**PARTIES TO RECEIVE COPIES**

Wasiq Aqeel
Chapter 13 Debtor
15224 Wentwood Lane
Woodbridge, VA 22191

John D. Sawyer, Esq.
Attorney for Debtor
10605 B-2 Judicial Dr.
Fairfax, VA 22030

HSBC Bank Nevada, NA
c/o Bass & Associates, PC
3936 E Ft. Lowell Road, #200
Tucson, AZ 85712

Jill Sturgeon, Esquire
c/o Bass & Associates, PC
3936 E Ft. Lowell Road, #200
Tucson, AZ 85712

CT Corporation System
Registered Agent for Creditor
4701 Cox Road, Ste. 301
Glen Allen, VA 23060-6802

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314